# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Diane Sena,

    Plaintiff,

 v.

Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:16-cv-00896-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Diane Sena's attorneys, the Law Offices of Lawrence D. Rohlfing, are awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $26,300.00.
IT IS FURTHER ORDERED that the Law Offices of Lawrence D. Rohlfing shall reimburse plaintiff Diane Sena the amount of $4,300.00 for EAJA fees previously paid by the Commissioner.

9/9/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk